FILED ___ ENTERED
LODGED ___ RECEIVED

APR 4 - 2006

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| RANDY L. ANDERSON, | ) | CASE NO. C05-1193-MJP |
| Plaintiff, | ) | |
| v. | ) | ORDER AFFIRMING |
| JO ANNE B. BARNHART, Commissioner of Social Security | ) | COMMISSIONER |
| Defendant. | ) | |

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler. It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) The Court affirms the decision of the Commissioner; and

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this _4_ day of _April_, 2006.

_/s/ Marsha J. Pechman_
MARSHA J. PECHMAN
United States District Judge

05-CV-01193-ORD

ORDER AFFIRMING COMMISSIONER
PAGE -1